1   ROD M. FLIEGEL, Bar No. 168289
    rfliegel@littler.com
2   LITTLER MENDELSON, P.C.
    650 California Street, 20th Floor
3   San Francisco, California  94108.2693
    Telephone:    415.433.1940
4   Facsimile:    415.399.8490

5

    Attorneys for Defendant
6   KROLL BACKGROUND AMERICA, INC.

7   LAW OFFICES OF CRAIG DAVIS
    Craig Davis (SBN 268194)
8   cdavis@craigdavislaw.com
    524 Union Street, Suite 358
9   San Francisco, CA 94133-3314
    Telephone:    415.857.5820
10  Facsimile:    415.795.4595

11  Attorney for Plaintiff
    John Doe
12

13                   UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17  JOHN DOE,                          Case No.  3:14-cv-00815

18              Plaintiff,             **JOINT STIPULATION FOR DISMISSAL
                                       WITH PREJUDICE**
19       v.
                                       Complaint Filed:    February 22, 2014
20  KROLL BACKGROUND AMERICA,
    INC. and DOES 1-10,
21
                Defendant.
22

23

24

25

26

27

28

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA  94108.2693
415.433.1940

JOINT   STIPULATION   FOR   DISMISSAL
WITH PREJUDICE                                              Case No. 3:14-cv-00815

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), Plaintiff John Doe and Defendant Kroll Background America, Inc. and Does 1-10, through their undersigned counsel, hereby agree and stipulate that the parties have reached an agreement to settle all of Plaintiff's claims, and that Plaintiff's Complaint shall be dismissed in its entirety with prejudice as to all defendants.

Pursuant to Local Rule 5-1(i)(3), the e-filing party certifies that all other signatories listed, on whose behalf the filing is submitted (and their respective counsel), concur in this filing's content and have authorized the filing.

Dated: September 3, 2014

/s/ Rod M. Fliegel
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
KROLL BACKGROUND AMERICA, INC.

/s/ Craig Davis
Craig Davis
LAW OFFICES OF CRAIG DAVIS
Attorney for Plaintiff
JOHN DOE

Firmwide:128664103.1 069870.1005

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

1.

Case No. 3:14-cv-00815